Jimmie L. CANTRELL Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security Defendant–Appellee.

No. 03–10468.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2003.

Ronald David Honig, Dallas, TX, for Plaintiff–Appellant.

Kerry Jean Simpson, Social Security Administration, Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before KING, Chief Judge, and HIGGINBOTHAM and WIENER, Circuit Judges.

**368**

PER CURIAM.[*]

Jimmie L. Cantrell appeals from the district court's judgment affirming the Commissioner of Social Security's denial of disability benefits. She argues that the Administrative Law Judge ("ALJ") erroneously failed to accord great weight to the opinions of her treating psychiatrist and improperly relied on the opinion of the medical expert. We conclude that the ALJ applied the correct legal standard and the decision was supported by substantial evidence. *See Newton v. Apfel,* 209 F.3d 448, 455–56 (5th Cir.2000); *Greenspan v. Shalala,* 38 F.3d 232, 237 (5th Cir.1994).

AFFIRMED.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

